UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:16-cr-0001-TWP-3 |
| | ) |
| EARL WALKER | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT WALKER'S POST-VERDICT MOTION
### FOR JUDGMENT OF ACQUITTAL

Defendant Earl Walker, by counsel, and pursuant to Fed. R. Crim. P. 29(c)(1), respectfully renews his motion for judgment of acquittal, originally submitted orally in open Court following the government's case in chief. The relevant evidence at trial in this case with respect to the conspiracy to commit robbery count was insufficient for the jury to find beyond a reasonable doubt that a conspiracy existed and that Mr. Walker knowingly became a member thereof with an intent to advance the conspiracy. The relevant evidence at trial in this case with respect to the attempted bank robbery count was insufficient for the jury to find beyond a reasonable doubt that Mr. Walker knowingly took a substantial step towards committing the bank robbery with the intent to commit bank robbery.

Respectfully submitted,

/s/Kimberly S. Robinson, #19965-49
Attorney for Earl Walker

**CERTIFICATE OF SERVICE**

        I certify a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/ Kimberly S. Robinson\
        Attorney For Defendant\
        135 N. Pennsylvania Street, Suite 1175\
        Indianapolis, IN  46204\
        317.610.9367\
        317.638.7976 fax\
        atty.robinson@icloud.com